# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

146227 & (64)(65)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

LEONDRE JOVANTAE CARR,
  Defendant-Appellant.

SC: 146227
COA: 302370
Genesee CC: 09-025987-FC

_____/

On order of the Court, the application for leave to appeal the September 25, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to remand are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

p0325